05-15-00758-CV

ACCEPTED
05-15-00758-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/17/2015 4:39:37 PM
LISA MATZ
CLERK

Case No.:_____

_____

IN THE COURT OF APPEALS

FIFTH DISTRICT OF TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/17/2015 4:39:37 PM
LISA MATZ
Clerk

_____

**JERRY'L ROBINSON AND RAMONIA ROBINSON**,
*Appellants*


*v.*


**PACE HOMES, INC.**,
*Appellee*.

_____

Appealed from the 95th Judicial District Court of Dallas County, Texas
Trial Court Cause Number DC-13-13967
The Honorable Ken Molberg, Presiding

_____

**Appellants' Motion to Extend Time to File Notice of Appeal**

_____

Niles Illich
SBOT: 24069969
The Law Office of Niles Illich,
Ph.D., J.D.
701 Commerce
Suite 400
Dallas, Texas 75202
Direct: (972) 802−1788
Facsimile: (972) 236−0088
Email: Niles@appealstx.com

**Counsel for Appellants
Jerry'L Robinson and
Ramonia Robinson**

**To the Honorable Fifth Court of Appeals**:

Jerry'L Robinson and Ramonia Robinson present this, their Motion to Extend Time to File Notice of Appeal.

## INTRODUCTION

1. Jerry'L Robinson and Ramonia Robinson are the Appellants/Defendants and Pace Homes, Inc. is the Appellee/Plaintiff.

2. This interlocutory appeal arises from a suit filed in the 95th District Court of Dallas County, cause number DC-13-13967-D.

3. The Robinsons moved to dismiss the underlying case because it was subject to resolution through binding arbitration. On May 17, 2015, the trial court denied this motion. The deadline to file a notice of appeal was Saturday, June 6, 2015.

## ARGUMENTS AND AUTHORITIES

4. Rule 26.1(b) provides that in an accelerated appeal that the notice of appeal must be filed within 20 days of the order being appealed. TEX. R. APP. P. 26.1(b). However, Rule 28.1(b) permits an appellant in an accelerated appeal to rely on Rule 26.3 to extend the time to file the notice of appeal by 15 days. TEX. R. APP. P. 26.3 & 28.1(b).

5. Appellants request that this Court grant them the additional fifteen days permitted under Rule 26.3 because they were not referred to an appellate attorney until Monday, June 15, 2015 on the mistaken belief that they had 30 days to file

the notice of appeal. Appellate counsel could not meet with the Robinsons until Wednesday, June 17, 2015. On June 17, appellate counsel filed a notice of appeal in the trial court and this motion in this Court.

6. Appellants recognize that accelerated appeals must move cleanly and expeditiously and are prepared to adhere to the deadlines imposed in the Texas Rules of Appellate Procedure.

PRAYER AND CONCLUSION

7. Appellants ask this Court to grant them an additional 15 days in which to file their notice of appeal. This notice has already been submitted to the trial court clerk.

Respectfully Submitted,

Niles Illich
SBOT: 24069969
The Law Office of Niles Illich,
Ph.D., J.D.
701 Commerce
Suite 400
Dallas, Texas 75202
Direct: (972) 802−1788
Facsimile: (972) 236−0088
Email: Niles@appealstx.com

### CERTIFICATE OF CONFERENCE

Counsel for Appellants spoke with Linda Sorrells on June 17, 2015 regarding this Motion; she is opposed.

/s/ Niles Illich
Niles Illich

### CERTIFICATE OF COMPLIANCE

This is to certify that this Motion complies with Rule 9.4 of the Texas Rules of Appellate Procedure. It is presented in Times New Roman font, size 14 and contains 551 words.

/s/ Niles Illich
Niles Illich

### CERTIFICATE OF SERVICE

This is to certify that the above motion to extend time to file notice of appeal was served on Linda G. Sorrells, counsel for Appellee, via electronic service on June 17, 2015. It was served on Roger Fuller, trial counsel for Appellants in the same manner.

/s/ Niles Illich
Niles Illich